**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1895-19T3

STATE OF NEW JERSEY,

     Plaintiff-Respondent,

v.

JALEN V. HALL and
PATRICK ASKEW,

     Defendants-Appellants.

_____

Submitted February 11, 2020 – Decided March 2, 2020

Before Judges Fisher and Gilson.

On appeal from the Superior Court of New Jersey, Law Division, Hudson County, Indictment No. 19-04-0361.

Joseph E. Krakora, Public Defender, attorney for appellants (Stephen Walsh, Morgan A. Birck and Peter Thomas Blum, Assistant Deputy Public Defenders, of counsel and on the briefs).

Esther Suarez, Hudson County Prosecutor, attorney for respondent (Erin M. Campbell, Assistant Prosecutor, of counsel and on the brief).

PER CURIAM

We granted the State's motion for leave to appeal the trial court's orders dated August 14, 2019 and October 18, 2019. Thereafter, on February 11, 2020, the State wrote requesting to withdraw this appeal. Accordingly, this appeal is dismissed, any stay is lifted, and the matter is remanded to the trial court for further proceedings. We do not retain jurisdiction.

Dismissed and remanded.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1895-19T3